| Probation Form 22 | United States District Court<br>Federal Probation System<br>TRANSFER OF JURISDICTION | DOCKET NUMBER (Transfer Court)<br>7:08-MJ-1243-1 RJ |
| --- | --- | --- |
| | | DOCKET NUMBER (Rec. Court)<br>2:15-CR-20129 |

| NAME OF OFFENDER<br><br>Joshua Adam Walton<br>Lincoln Park, MI | DISTRICT<br>EASTERN NORTH CAROLINA | DIVISION<br>Southern |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE<br>Robert B. Jones, Jr. | |
| | DATES OF SUPERVISION → | FROM<br>2/4/2015    TO<br>2/3/2016 |

OFFENSE
**Driving While Intoxicated ; NCGS § 20-138.1, assimilated by 18 U.S.C. § 13-7210**

**PART 1 - ORDER TRANSFERRING JURISDICTION**
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Eastern District of Michigan upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

February 27, 2015
Date

U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HERBY ORDERED that jurisdiction over the above named offender be accepted and assumed by this court from and after the entry of this order.

**FILED**

March 16, 2015
Effective Date

MAR 2 0 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

S/Victoria A. Roberts
United States District Judge